| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
|---|---|
| In Re:<br><br>Denise L Farina | |
| IC Improvements, LLC<br><br><br>Plaintiff(s)<br>v.<br>Denise L Farina<br><br><br>Defendant(s) | |

Order Filed on October 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-27738

Adv. No.: 17-1769

Judge: RG

## ORDER TO FILE SETTLEMENT DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 26, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having been advised that the above referenced adversary proceeding has been settled between the plaintiff(s) and  Denise L Farina _____

_____,

and for good cause shown, it is

ORDERED, that if the Court does not receive the appropriate settlement document(s) within 30 days of the date of this order, the matter may be:

- ☒ dismissed in its entirety and the case may be closed without further order of the Court.

- ☐ dismissed as to the above named parties without further order of the Court.

*rev. 8/1/07*