**FILED**
JEANNE A. NAUGHTON, CLERK
JAN 2 - 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Denise L Farina | Case No.: 17-27738 (RG)<br>Adv. No.: 17-01769 (RG)<br>Hearing Date: <br>Judge: Gambardella |
| IC Improvements, LLC and<br>Michael J Luciano<br><br>v.<br><br>Denise L Farina | |

# ORDER CLOSING ADVERSARY PROCEEDING

The relief set forth on the following page is hereby **ORDERED**.

1-2-19

_/s/ Rosemary Gambardella_
USBJ

This Court having noted the record discloses that this matter is concluded, it is

ORDERED that the within adversary proceeding is hereby closed for the following reason:

| | | |
|---|---|---|
| 00. | ☐ | Transfer to another district |
| 01. | ☐ | Dismissed for want of prosecution |
| 02. | ☐ | Dismissed or settled without entry of judgment |
| 03. | ☐ | Abstention |
| 04. | ☐ | Judgment entered by default |
| 05. | ☐ | Judgment entered on consent |
| 06. | ☐ | Transferred to District Court for jury trial |
| 07. | ☐ | Transferred to District Court (Other than for jury trial) |
| 08. | ☐ | Judgment entered on directed verdict after jury trial |
| 09. | ☐ | Judgment entered after bench trial by bankruptcy judge |
| 0A. | ☐ | Withdrawal of Reference by District Court |
| 0D. | ☐ | Transferred to another divisional office in the same district |
| 0X. | ☑ | Other - Bankruptcy Case (17-27738) Voluntarily Dismissed |
| 10. | ☐ | ~~Remanded to State Court~~    on 10/24/2018. |
| 11. | ☐ | Judgment entered on Motion for Summary Judgment |
| 12. | ☐ | Judgment Entered after jury trial before bankruptcy judge |
| 13. | ☐ | Judgment entered (other) |

*Rev. 8/1/07*